# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| JENNIFER JAEGERS SCHMIDT, individually and on behalf of others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE CO.,<br><br>    Defendant. | Case No. 2:22-cv-12926-LVP-KGA |

## **APPEARANCE OF JEFFREY A. CRAPKO**

PLEASE TAKE NOTICE that Jeffrey A. Crapko of the law firm Miller, Canfield, Paddock and Stone, PLC, has this day entered an appearance as counsel for Defendant, State Farm Mutual Automobile Insurance Co., in the above-entitled matter.

Dated: December 5, 2022    Respectfully submitted,

    *s/ Jeffrey A. Crapko*
    Jeffrey A. Crapko (P78487)
    Nashara A.L. Peart (P83078)
    Miller, Canfield, Paddock & Stone, P.L.C.
    150 West Jefferson, Suite 2500
    Detroit, MI 48226
    Phone:  248.267.3237
    Email:  crapko@millercanfield.com
    Email:  peart@millercanfield.com

39971867.1/150450.00282

Peter W. Herzog III (admitted to EDMI)
Wheeler Trigg O'Donnell LLP
211 N. Broadway, Suite 2825
St. Louis, MO 63102
Phone: 314.326.4128
Fax: 303.244.1879
Email: pherzog@wtotrial.com

Eric L. Robertson (admitted to EDMI)
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, CO 80202-5647
Phone: 303.244.1800
Fax: 303.244.1879
Email: robertson@wtotrial.com

*Attorneys for State Farm Mutual Automobile Insurance Co.*

## CERTIFICATE OF SERVICE (CM/ECF)

I certify that on December 5, 2022, I electronically filed the foregoing with the Clerk of Court using the ECF system which will send notification of such filing to the ECF participants.

Dated: December 5, 2022

*s/ Jeffrey A. Crapko*
Jeffrey A. Crapko (P78487)
150 West Jefferson, Suite 2500
Detroit, MI 48226
Phone:  248.267.3237
Email:  crapko@millercanfield.com